UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DeMarcus T. Young, #753683,  )
    Petitioner,  )
      )   No. 2:19-cv-50
-v-  )
      )   Honorable Paul L. Maloney
John Hall, et al.,  )
    Respondents.  )
      )

## JUDGMENT

In accordance with the order entered on this date (ECF No. 68), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: February 11, 2021      /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge